# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 3, 2013

## NO. 03-11-00265-CV

**Charles Breithaupt, in his Official Capacity as Executive Director of the University Interscholastic League; Tony Timmons, in his Official Capacity as Director of the Sports Officials Program of the University Interscholastic League; Rick Reedy, Curtis Culwell, Greg Poole, and Mark Henry in their Official Capacities as Members of the University Interscholastic League Legislative Council, Appellants**

**v.**

**Southwest Officials Association, Inc. d/b/a Texas Association of Sports Officials, Appellee**

**APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, HENSON AND GOODWIN
JUSTICE HENSON NOT PARTICIPATING
DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE PURYEAR**

**THIS DAY** came on to be submitted to this Court the parties' joint motion to dismiss the appeal in the above cause, and the Court having fully considered said motion, and being of the opinion that same should be granted:  **IT IS THEREFORE** considered, adjudged and ordered that said motion is granted, and that the appeal is dismissed.  It is **FURTHER** ordered that each party shall pay the costs of appeal incurred by that party; and that this decision be certified below for observance.